# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 26, 2014

## NO. 03-14-00540-CV

**James A. Davis and Veronica L. Davis, Appellants**

**v.**

**State Farm Lloyds Texas and Gerald Krouse, Appellees**

**APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
APPEAL DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the order signed by the trial court on October 25, 2013 denying appellants' motion to transfer venue. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. In construing the notice of appeal as a petition for writ of mandamus, the petition is denied. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.